KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty St., Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011

Elva A. Castaneda, No. 15717
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: ecastaneda@kcnvlaw.com

*Attorneys for Plaintiff*
*First Internet Bank of Indiana*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST INTERNET BANK OF INDIANA, an Indiana state-chartered bank,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRIOTTI'S SANDWICH SHOP, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:25-cv-02311-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff First Internet Bank of Indiana and Defendant Capriotti's Sandwich Shop, Inc. stipulate to extend time to respond to complaint as follows:

1. Plaintiff filed this case on November 20, 2025 (ECF No.1) and served defendant on December 4, 2025 (ECF No. 8).

2. To try to resolve matters without further prosecution—thus, preserving the time and resources of both the parties and the court—plaintiff and defendant informally agreed to extend

KAEMPFER
CROWELL

the deadline to answer or respond from December 26, 2025 to January 13, 2026, 18 days past the original deadline to respond under Fed. R. Civ. P. 12.

3.    Plaintiff and defendant are still attempting to resolve this matter without further prosecution, so they have agreed to extend the time to respond to the complaint through January 30, 2026.

4.    This is the first request for an extension.

5.    This request extends the date to respond to the complaint by 35 days from the original deadline to respond or answer of December 26, 2025 (and 17 additional days beyond the informal extension from January 13, 2025 to January 30).

| KAEMPFER CROWELL | SPENCER FANE LLP |
|---|---|

_Elva A. Castaneda_
Louis M. Bubala III
Elva A. Castaneda

Attorneys for Plaintiff
First Internet Bank of Indiana

/s/ Jason Smith
Jason Smith, No. 9691
Ellsie Lucero, No. 15272
300 S 4th Street, Suite 1600
Las Vegas, Nevada 89101

Attorneys for Defendant
Capriotti's Sandwich Shop, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    1/14/2026

# # #

KAEMPFER
CROWELL