1    KAEMPFER CROWELL
     Louis M. Bubala III, No. 8974
2    50 W. Liberty St., Suite 1100
     Reno, Nevada 89501
3    Telephone: (775) 852-3900
     Facsimile: (775) 327-2011
4
     Elva A. Castaneda, No. 15717
5    1980 Festival Plaza Drive, Suite 650
     Las Vegas, Nevada 89135
6    Telephone: (702) 792-7000
     Facsimile: (702) 796-7181
7    Email: lbubala@kcnvlaw.com
     Email: ecastaneda@kcnvlaw.com
8
     *Attorneys for Plaintiff*
9    *First Internet Bank of Indiana*

10                  **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12
     FIRST INTERNET BANK OF INDIANA, an      Case No. 2:25-cv-02311-DJA
13   Indiana state-chartered bank,
                                             **STIPULATION AND ORDER TO**
14                        Plaintiff,         **EXTEND THE DEADLINE TO SUBMIT A**
                                             **DISCOVERY PLAN AND PROPOSED**
15   vs.                                     **SCHEDULING ORDER**

16   CAPRIOTTI'S SANDWICH SHOP, INC., a      **(FIRST REQUEST)**
     Nevada corporation,
17
                          Defendant.
18

19          Plaintiff First Internet Bank of Indiana ("Plaintiff") and Defendant Capriotti's

20   Sandwich Shop, Inc. ("Defendant" and collectively with Plaintiff "the Parties"), hereby stipulate

21   and agree that all deadlines including the deadline to submit a discovery plan and proposed

22   scheduling order under Fed. R. Civ. P. 16(b), 26(f) and LR 26-1 be continued for twenty-eight (28)

23   days as follows:

24   / / /

**KAEMPFER**
**CROWELL**

1.     Plaintiff filed this case on November 20, 2025 (ECF No.1) and served Defendant on December 4, 2025 (ECF No. 8).

2.     Under Fed. R. Civ. P. 16(b), the deadline to submit and issue a scheduling order is March 4, 2026, as this is the earlier of ninety (90) days after the Defendant was served with the complaint or sixty (60) days after Defendant appeared.

3.     To try to resolve matters without further prosecution, on January 13, 2026, the Parties stipulated to extend the deadline for Defendant to answer or otherwise respond to the Complaint to January 30, 2026 (ECF No. 9).  On January 14, 2026, the Court entered an order approving the Parties' stipulation. (ECF No. 10).

4.     The Parties now notify the Court that they have tentatively reached a settlement which will resolve all claims in this case and they are in the process of documenting it with a settlement agreement.

5.     Cause exists for the extension of the deadline to submit a discovery plan and proposed scheduling, as the Parties are in the process of documenting their tentative settlement with a settlement agreement.

6.     Thus, the Parties respectfully request this Court enter an order continuing all deadlines, including the deadline for the Parties to submit a discovery plan and proposed scheduling order by twenty-eight (28) days.  The deadline for the Parties to submit discovery plan and proposed scheduling order under Fed. R. Civ. P. 16(b), 26(f) and LR 26-1(b) shall be up to and including Wednesday, April 1, 2026.

/ / /

/ / /

/ / /

/ / /

1    7.    This is the first request for an extension of the deadline to submit a discovery plan

2  and proposed scheduling order.  This request for extension is in the spirit of efficiency for both the

3  Parties and the Court. It is made in good faith and joined by all the Parties in this case. As of today,

4  trial has not been set, and no dispositive motions have been filed. Accordingly, this extension will

5  not delay this case.

6  KAEMPFER CROWELL                              SPENCER FANE LLP

7

8  _____                     /s/ Jason D. Smith
   Louis M. Bubala III                           _____
9  Elva A. Castaneda                             Jason Smith, No. 9691
                                                 Ellsie Lucero, No. 15272
                                                 300 S 4th Street, Suite 1600
10 Attorneys for Plaintiff                       Las Vegas, Nevada 89101
   First Internet Bank of Indiana

11                                               Attorneys for Defendant
                                                 Capriotti's Sandwich Shop, Inc.

12

13

14
                                                 **IT IS SO ORDERED.**
15

16

17                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
18
                                                 DATED: _____
19
                                                 # # #

20

21

22

23

24