# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

First Internet Bank of Indiana,

Plaintiff,

v.

Capriotti's Sandwich Shop, Inc.,

Defendant.

Case No. 2:25-cv-02311-DJA

**Order**

Before the Court is the parties' stipulation for an extension of time to submit a discovery plan and scheduling order.  (ECF No. 15).  The Court finds that the parties have shown good cause for the extension and therefore grants it.  Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that the stipulation to extend time (ECF No. 15) is **granted.**  The parties discovery plan and scheduling order is due on or before **April 1, 2026.**

DATED: March 13, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE