KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty St., Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011

Elva A. Castaneda, No. 15717
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: ecastaneda@kcnvlaw.com

*Attorneys for Plaintiff*
*First Internet Bank of Indiana*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST INTERNET BANK OF INDIANA, an Indiana state-chartered bank,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRIOTTI'S SANDWICH SHOP, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:25-cv-02311-DJA<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff First Internet Bank of Indiana and Defendant Capriotti's Sandwich Shop, Inc. ("Capriotti's"), hereby stipulate to dismiss with prejudice all claims in this action in accordance with Federal Rule of Civil Procedure 41(a)(2) as to Defendant Capriotti's with each party to bear their own fees and costs.

///

///

KAEMPFER

CROWELL

This Stipulation to Dismiss resolves all asserted claims in this lawsuit. The Clerk of the Court shall close the case.

DATED this 11 day of May, 2026

KAEMPFER CROWELL


/s/ Louis M. Bubala III
Louis M. Bubala III, No. 8974
Elva A. Castaneda, No. 15717
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff
First Internet Bank of Indiana

DATED this 11 day of May, 2026

SPENCER FANE LLP


/s/ Jason D. Smith
Jason Smith, No. 9691
Ellsie Lucero, No. 15272
300 S 4th Street, Suite 1600
Las Vegas, Nevada 89101

Attorneys for Defendant
Capriotti's Sandwich Shop, Inc.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 5/12/2026

# # #